WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, SBN #12303 (VA)
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5654
Facsimile No. (415) 625-5657
Email: Linda.Ordonio-Dixon@eeoc.gov

Attorneys for Plaintiff


MICHAEL A. FARBSTEIN,  SBN #107030
FARBSTEIN & BLACKMAN
411 Borel Avenue, Suite 425
San Mateo, CA  94402-3518
Telephone No. (650) 554-6200
Facsimile No. (650) 554-6240
Email: maf@farbstein.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>PACE SOLANO,<br><br>　　　　Defendant. | NO. 2:12-cv-01823-MCE-DAD<br><br>ORDER EXTENDING DISCOVERY DEADLINE<br><br>Trial Date:  June 23, 2014 |

　　　Presently before the Court is the parties' Joint Stipulation to Extend Discovery Deadline, filed on July 3, 2013.  (ECF No. 17.)  The parties request that the current discovery deadline of August 23, 2013, be continued to October 4, 2013, to allow the parties to continue with settlement negotiations and provide adequate time to complete discovery should talks be unsuccessful.

///

Good cause having been shown, the parties' stipulated request is GRANTED, and the current August 23, 2013 discovery deadline is continued to October 4, 2013.

IT IS SO ORDERED.

Dated:  August 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT